NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

GUILLERMO MOJARRO,
*Petitioner,*

v.

MERIT SYSTEMS PROTECTION BOARD,
*Respondent,*

and

UNITED STATES POSTAL SERVICE,
*Intervenor.*

---

2011-3079

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090694-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the United States Postal Service to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The Postal Service's and the Board's briefs are due within 40 days of the date of filing of this order.

FOR THE COURT

APR 2 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Guillermo Mojarro
    Christopher L. Krafchek, Esq.
    Michael Carney, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2011

JAN HORBALY
CLERK